IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN BIJOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:11-CV-5408 |
| | ) | |
| AIRCRAFT SERVICES INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant, Aircraft Service International, Inc., and Plaintiff, Jean Bijou, file this Stipulation of Dismissal, hereby dismissing with prejudice all claims and matters before this Court, each party to bear its own costs.

s/ David A. Prather
David A. Prather (TN Bar No. 018852)
(Admitted *Pro Hac Vice*)
FORD & HARRISON LLP
795 Ridge Lake Blvd., Suite 300
Memphis, Tennessee 38120
Telephone: (901) 291-1500
Facsimile:  (901) 291-1501

Attorneys for Aircraft Service International, Inc.

s/ Jeremy M. Cerutti
Jeremy M. Cerutti
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Telephone: (215) 639-0801
Facsimile: (215) 639-4970

Attorneys for Plaintiff